UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Solis,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | No. 1:25-cv-00361-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINE FORM WITHIN 14 DAYS OF THIS ORDER, AND TO SHOW CAUSE WITHIN 60 DAYS OF THIS ORDER WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, OR TO FILE HER MOTION FOR SUMMARY JUDGMENT WITHIN 60 DAYS OF THIS ORDER** |

　　　　Pursuant to the scheduling order (ECF No. 5), Plaintiff's form of consent/decline to magistrate judge jurisdiction is long overdue, as is Plaintiff's motion for summary judgment. ECF No. 5 at 1–2.

　　　　Accordingly, it is ORDERED that Plaintiff is DIRECTED to:

1. File the form of consent/decline to magistrate judge jurisdiction within 14 days of this order; and

2. Within 60 days of this order, either a) show cause in writing why this matter should not be dismissed for failure to prosecute, or b) file a Motion for Summary Judgment.

1

IT IS SO ORDERED.

Dated: **October 16, 2025**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE