UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Solis, Plaintiff, v. Commissioner of Social Security, Defendant. | No. 1:25-cv-361-JLT-GSA<br>ORDER DIRECTING PARTIES TO SUBMIT A STIPULATION AND PROPOSED ORDER TO THE PRESIDING DISTRICT JUDGE<br>(ECF No. 19) |

Plaintiff's counsel seeks attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) in an amount of $4,915.80. ECF No. 19. Defendant filed a statement of non-opposition. ECF No. 20. Accordingly, the parties are **DIRECTED** to submit a stipulation and proposed order to the chambers of the presiding United States District Judge.

IT IS SO ORDERED.

Dated: **October 24, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE